UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA L. SAAL,

    Plaintiff,                             Case No. 1:08-CV-347

v.                                      Hon. Gordon J. Quist

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.
                                 /

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 24, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 24, 2010 (docket no. 27), is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (EAJA) (docket no. 24) is **DENIED**.


Dated: July 13, 2010                                        /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE