UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA L. SAAL,

       Plaintiff,                              Case No. 1:08-CV-347

v.                                                 Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on March 12, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 12, 2012, is approved and adopted as the opinion of the Court. Plaintiff's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b) (docket no. 29) is **GRANTED**. Plaintiff's counsel is awarded attorney fees in the amount of $13,440.00.

Dated: April 12, 2012                                                    /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE